# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARTEZE DENNIS, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| | ) | 3:20-cv-00203-TCB-RGV |
| v. | ) | |
| | ) | |
| INTERNATIONAL PAPER CO. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff Marteze Dennis against Defendant International Paper Co. The parties will bear their own costs and fees.

Respectfully submitted, this 26th day of January, 2021.


*/s/ J. Stephen Mixon*

J. Stephen Mixon
Georgia State Bar No. 514050
steve@mixon-law.com

*/s / David S. Mohl*

David S. Mohl
Georgia State Bar No. 515298
David.mohl@jacksonlewis.com

Ronald M. Fields
Georgia State Bar No. 426256
Ronald.fields@jacksonlewis.com

THE MIXON LAW FIRM, LLC          JACKSON LEWIS P.C.
1691 Phoenix Boulevard           171 17th Street, NW
Suite 150                        Suite 1200
Atlanta, Georgia 30349           Atlanta, Georgia 30363
Phone: (770) 955-0100            Telephone: (404) 586-1808
Facsimile: (678) 999-5039

**COUNSEL FOR PLAINTIFF**          **COUNSEL FOR DEFENDANT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARTEZE DENNIS, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| | ) | 3:20-cv-00203-TCB-RGV |
| v. | ) | |
| | ) | |
| INTERNATIONAL PAPER CO. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was prepared using a Time New Roman 14 point font, and was filed with the Clerk of Court for the United States District Court for the Northern District of Georgia, and that electronic notification of the filing of the same will be sent to all counsel of record in this matter.

Respectfully submitted this 26th day of January, 2021.

*/s/ J. Stephen Mixon*
J. Stephen Mixon
Georgia Bar No. 514050

THE MIXON LAW FIRM, LLC
1691 Phoenix Blvd

Suite 150
Atlanta, GA 30349
Phone: (770) 955-0100
Facsimile: (678) 999-5039